UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| W. KEITH BEIGHTOL, | § § § |
| PLAINTIFF, | § § |
| VS. | § Civil Action No. 4:08cv10-DPJ-JCS § |
| NAVARRE CORPORATION, INC., and ERIC H. PAULSON, | § § § § |
| DEFENDANTS | § § |

## ORDER OF DISMISSAL

This cause coming on to be heard on the joint request of the Plaintiff and the Defendants, and the Court having been informed by the parties that the Plaintiff's claims against the Defendants have been resolved by agreement and should be dismissed; the Court concludes that the request should be granted;

It is therefore ordered that this action and all of the claims of the Plaintiffs are dismissed with prejudice, with each party to bear its own costs.

So Ordered, ~~April~~ MAY 28, 2009.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

_____
Attorney for Plaintiff

_____
Attorney for Defendants